ORIGINAL

Jabbar Sachet Al-Khafagi #10877333
3405 Deer Park Drive SE
Salem, Oregon 97310

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF OREGON

JABBAR SACHET AL-KHAFAGI,

        Plaintiff,

vs.

CHARLES C. SUNG, MD, et al.,

        Defendants.

Case No. 3:19-cv-00669-MO

MOTION FOR APPOINTMENT
OF COUNSEL

COMES NOW, Petitioner, JABBAR SACHET AL-KHAFAGI, and moves this court for an order appointing counsel to represent him in the above-entitled action.

This motion is based upon the grounds and for the reason that Petitioner is unable to afford counsel as is shown by the declaration submitted at the time of filing the original complaint and incorporated herein by mention. The case has substantial merit. The issues in this case are complex legal and factual issues.

Further basis upon which this motion is grounded exists by reason of Petitioner's limited knowledge and experience, and the conditions of the imprisonment under which he labors to challenge the unconstitutionality of his complaints. Petitioner respectfully requests that court appoint suitable counsel to assist him in this matter.

DATED this 25th day of April, 2019.

Respectfully Submitted, _____
Jabbar Sachet Al-Khafagi #10877333
3405 Deer Park Drive SE
Salem, OR 97310
Plaintiff, *pro se*

MOTION FOR APPOINTMENT OF COUNSEL        1