ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN  #983539
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us

Attorneys for Defendants Bugher, Crites, DiGiulio, and Irving

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JABBAR SACHET AL-KHAFAGI,<br><br>    Plaintiff,<br><br>    v.<br><br>CHARLES C. SUNG, MD; (FNU) CRITES, Oregon State Correctional Institution (OSCI), Registered Nurse (RN); LORETTA IRVING, (OSCI) Medical Services Manager; CHRISTOPHER DIGIULIO, Oregon Department of Corrections (ODOC) Medical Director; JOE BUGHER, ODOC Health Services Administrator; and JOHN AND JANE DOES 1-20,<br><br>    Defendants. | Case No.  2:19-CV-00669-MO<br><br>DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY, EXPERT DISCLOSURES, AND DISPOSITIVE MOTIONS |

**CERTIFICATE OF CONFERRAL**

Pursuant to L.R. 7-1(a)(1)(C), counsel for defendants certifies that the plaintiff is a prisoner not represented by counsel and is presently in the custody of the Oregon Department of Corrections (ODOC).

Page 1 -    DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY, EXPERT DISCLOSURES, AND DISPOSITIVE MOTIONS
            RS/bl2/9658024-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## MOTION

The current deadline to file the discovery, expert disclosures, and dispositive motions in this case is **December 13, 2021**. (Order at ECF No. 68). Defendants respectfully request an extension of discovery, expert disclosures and dispositive motions for an additional on hundred and twenty (120) days, to and including **April 12, 2022**.

This motion is supported by the declaration of Robert Sullivan, Senior Assistant Attorney General, and the records and files herein.

DATED December __13__, 2021.

>Respectfully submitted,
>
>ELLEN F. ROSENBLUM
>Attorney General
>
>     s/ *Robert E. Sullivan*
>ROBERT E. SULLIVAN #983539
>Senior Assistant Attorney General
>Trial Attorney
>Tel (503) 947-4700
>Fax (503) 947-4791
>Robert.Sullivan@doj.state.or.us
>Of Attorneys for Defendants

Page 2 -   DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY, EXPERT DISCLOSURES, AND DISPOSITIVE MOTIONS
RS/bl2/9658024-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

## CERTIFICATE OF SERVICE

I certify that on December  13 , 2021, I served the foregoing DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY, EXPERT DISCLOSURES, AND DISPOSITIVE MOTIONS upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| **JABBAR SACHET AL-KHAFAGI** | ___ HAND DELIVERY |
| **SID#10877333** | _X_ MAIL DELIVERY |
| Oregon State Correctional Institution | ___ OVERNIGHT MAIL |
| 3405 Deer Park Drive SE | ___ TELECOPY (FAX) |
| Salem, OR 97310-9385 | ___ E-MAIL |
| *Pro Se Plaintiff* | ___ E-SERVE |

| | |
|---|---|
| Nikola L. Jones | ___ HAND DELIVERY |
| Lindsey Hart, LLP | _X_ MAIL DELIVERY |
| 1300 SW Fifth Avenue, Suite 3400 | ___ OVERNIGHT MAIL |
| Portland, OR 97201 | ___ TELECOPY (FAX) |
| *Attorney for Defendant Sung* | ___ E-MAIL |
| | ___ E-SERVE |

           *s/ Robert E. Sullivan*
ROBERT E. SULLIVAN #983539
Senior Assistant Attorney General
Trial Attorney
Tel (503) 947-4700
Fax (503) 947-4791
Robert.Sullivan@doj.state.or.us
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
          RS/bl2/9658037-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791