ELLEN F. ROSENBLUM
Attorney General
ROBERT E. SULLIVAN  #983539
Senior Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email:  Robert.Sullivan@doj.state.or.us

Attorneys for Defendants Bugher, Crites, DiGiulio, and Irving

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JABBAR SACHET AL-KHAFAGI,<br><br>   Plaintiff,<br><br>  v.<br><br>CHARLES C. SUNG, MD; (FNU) CRITES, Oregon State Correctional Institution (OSCI), Registered Nurse (RN); LORETTA IRVING, (OSCI) Medical Services Manager; CHRISTOPHER DIGIULIO, Oregon Department of Corrections (ODOC) Medical Director; JOE BUGHER, ODOC Health Services Administrator; and JOHN AND JANE DOES 1-20,<br><br>   Defendants. | Case No.  2:19-CV-00669-MO<br><br>DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND PRE-TRIAL DEADLINES |

**CERTIFICATE OF CONFERRAL**

Pursuant to UTCR 5.010 counsel for the above-listed State counsel for Plaintiff (Jonathan Gersten) and Defendants (Robert Sullivan) conferred before filing this motion.  Counsel are in agreement regarding this request for an extension of time.

Page 1 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND PRE-TRIAL DEADLINES
RS/bl2/9658024-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

# MOTION

The current deadlines in this case are below. For the reasons set forth below, Counsel for the State of Oregon Defendants respectfully requests, and Plaintiff's counsel does not oppose, an extension of discovery and pre-trial order deadlines for an additional ninety (90) days.

|  | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Discovery and Joint ADR report | November 17, 2022 | February 15, 2023 |
| Expert Disclosures | December 16, 2022 | March 16, 2023 |
| Expert Rebuttal Reports | January 16, 2023 | April 16, 2023 |
| Expert Discovery | February 15, 2023 | May 16, 2023 |
| Dispositive Motions | March 17, 2023 | June 15, 2023 |
| Pretrial Order | 30 days after dispositive motion ruling |  |

The parties have exchanged prior pleadings and discovery now that Mr. Gersten has joined the case. The parties have made real progress in discussions toward resolving the case through ADR. In addition, the parties are considering the possibility of adding one or more additional defendants, or potentially filing a parallel action in USDC (Washington) in order to obtain more complete discovery and to bring in all parties that are believed to be responsible for Plaintiff's alleged injuries.

The parties have multiple upcoming trials that will somewhat burden progress in this matter. However, we anticipate significant progress by late December regarding additional defendant(s) and/or potential filing of a parallel complaint. The additional time will aid the parties in exhausting settlement efforts either directly or with the assistance of a mediator or judicial settlement conference.

Page 2 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
            DISCOVERY AND PRE-TRIAL DEADLINES
RS/bl2/9658024-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791

**I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.**

DATED November  17 , 2022.

        Respectfully submitted,

        ELLEN F. ROSENBLUM
        Attorney General

             s/ *Robert E. Sullivan*
        ROBERT E. SULLIVAN #983539
        Senior Assistant Attorney General
        Trial Attorney
        Tel (503) 947-4700
        Fax (503) 947-4791
        Robert.Sullivan@doj.state.or.us
        Of Attorneys for Defendants

Page 3 -   DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DISCOVERY AND PRE-TRIAL DEADLINES
RS/bl2/9658024-v1

Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
(503) 947-4700 / Fax: (503) 947-4791